

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 24, 2022

**BY ECF**
Hon. Lorna G. Schofield
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   **United States v. Murray**, 22 Cr. 076 (LGS)

Dear Judge Schofield:

The Government writes with the consent of counsel for the defendant, Sir Murray, in response to the Court's February 22 2018 Order directing the parties by February 28, 2022 to propose a (i) schedule for discovery; (ii) schedule for the filing of motions; and (iii) three proposed dates for a status conference.

The parties have conferred and propose the following:

(i)   **Discovery schedule:**

The Government shall begin producing Rule 16 discovery relevant to any motion by the defendant that is in the Government's possession on or before the later of March 4, 2022, or the date of entry of a protective order governing discovery, and complete its production of Rule 16 discovery on or before March 18, 2022.

(ii)  **Motion Schedule:**

The defendant shall file motions, if any, by April 8, 2022;

The Government shall file its opposition to any motions by April 22, 2022; and

The defendant shall file its reply, if any, by April 29, 2022.

    (iii)    **Proposed Status Conference Dates:**

        March 7, 2022
        March 9, 2022
        March 10, 2022

    Finally, the Government requests that time under the Speedy Trial Act be excluded from February 28, 2022, through the date of the status conference so that the parties may discuss a possible disposition of this case and attend to their discovery obligations.[1]  The defendant consents to the exclusion of time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/ _____
Daniel H. Wolf / Thomas S. Burnett
Assistant United States Attorneys
(212) 637-2337 / 1064

Application Granted in part.  Rule 16 discovery shall be completed on or before **March 18, 2022**.  Defendant's motion(s), if any, shall be filed by **April 8, 2022**.  The Government's response, if any, shall be filed by **April 22, 2022**.  Defendant's reply, if any, shall be filed by **April 29, 2022.**  The parties shall appear for a status conference on **May 9, 2022, at 4:00 p.m**.   For the reasons stated above, the Court finds that the ends of justice served by excluding the time between today and May 9, 2022, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. 3161(h)(7)(A).  It is hereby ORDERED that the time between today and May 9, 2022 is excluded.  The Clerk of the Court is directed to terminate the letter motion at docket number 11.

Dated: February 24, 2022
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

---

[1] On February 23, 2022, the defendant was arraigned before Magistrate Judge Gorenstein, who exclude time under the Speedy Trial Act through February 28, 2022.