

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 2, 2022

**Application Granted. The status conference is adjourned to June 27, 2022, at 10:45 a.m.** For the reasons stated below, the Court finds that the ends of justice served by excluding the time between today and June 27, 2022, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. 3161(h)(7)(A). It is hereby ORDERED that the time between today and June 27, 2022, is excluded. The Clerk of the Court is directed to terminate the letter motion at docket number 14

Dated: May 2, 2022.

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**BY ECF**
Hon. Lorna G. Schofield
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   **United States v. Murray**, 22 Cr. 076 (LGS)

Dear Judge Schofield:

     The Government writes, with the consent of defense counsel, to request an adjournment of the conference scheduled for May 9, 2022, to allow the defendant additional time to review discovery and to allow the parties to engage in pretrial disposition discussions. The parties respectfully request that the conference date be adjourned to any date on or after June 13, 2022.

     The Government further requests, with the consent of defense counsel, that the time between May 9, 2022, and the conference date set by the Court be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), so that the defendant can review discovery and the parties can engage in pretrial disposition discussions. The Government respectfully submits that the proposed exclusion would be in the interest of justice.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/
Daniel H. Wolf / Thomas S. Burnett
Assistant United States Attorneys
(212) 637-2337 / 1064

cc:   Defense counsel (by ECF)