UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
 UNITED STATES OF AMERICA,                                    :
                                                              :
                                                              :          22 Cr. 76 (LGS)
                              -against-                        :
                                                              :          SCHEDULING ORDER
 SIR MURRAY,                                                  :
                                               Defendant,     :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS a conference was held before the Court on June 27, 2022.  It is hereby,

        **ORDERED** that the parties shall file by **October 7, 2022,** any motions in limine, and by

**October 17, 2022**, any responses to the motions.  It is further,

        **ORDERED** that the parties shall file by **October 24, 2022**, a joint statement as provided

in the Court's Individual Rule H.1., a joint proposed voir dire, joint proposed requests to charge,

and a joint proposed verdict sheet, in each case noting any disagreements between the parties.  It

is further,

        **ORDERED** that the parties shall appear for a final pretrial conference on **October 31,**

**2022, at 11:00 a.m.** in Courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square,

New York, New York, 10007.  It is further,

        **ORDERED** that at the final pretrial conference, the Government shall provide the Court

and the Defendant with a list of anticipated witnesses and exhibits, and the Defendant shall

provide the Court and the Government with a list of potential witnesses for purposes of voir dire.

In addition, the parties shall be prepared to discuss with the Court the number of trial days

needed.  It is further,

        **ORDERED** that a jury trial is scheduled to begin on **November 7, 2022, at 9:45 a.m.**

The parties are reminded that any discussions regarding the possible disposition of this matter will not stay this schedule.  Furthermore, no extensions will be granted absent extraordinary circumstances.  It is further,

**ORDERED** that for the reasons stated on the record, the Court finds that the ends of justice served by excluding the time between today and November 7, 2022, outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. 3161(h)(7)(A).

Dated:  June 27, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE