# Raoul Zaltzberg, Esq.

| | | |
|---|---|---|
| Zaltzberg Law | *Attorney at Law* | O: (212) 609-1344 |
| 5 Penn Plaza, 23rd Floor | | F: (212) 609-1345 |
| New York, New York 10001 | Raoul@ZaltzbergLaw.com | P: (917) 244-4322 |

_____

September 8, 2022

**VIA ELECTRONIC MAIL**

Hon. Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

          Re:  *United States v. Sir Murray*
              22 CR 076 (LGS)

Dear Hon. Judge Schofield,

     I represent Sir Murray in the above-captioned proceeding. He is asking for a change in counsel. With a trial scheduled for November 7, 2022, I thought it prudent to ask for In-Court conference on either Monday September 12 or Tuesday September 13 for my client to make that application to the Court. I have spoken to AUSA Wolf, and we are both available either date. Thank you.

                                                                   Sincerely,

                                                    _____/s/_____
                                                        Raoul Zaltzberg, Esq.

C.c. AUSA Daniel Wolf, AUSA Thomas Burnett by electronic mail

Application Granted.  The parties shall appear for a status conference on **September 13, 2022, at 10:30 a.m**.  The Clerk of the Court is directed to terminate the letter motion at docket number 19.

Dated: September 9, 2022
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**