UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    UNITED STATES OF AMERICA          :

                                                                              :        22 Cr.76 (LGS)
                            -against-         :

                                                                              :        <u>SCHEDULING</u>
    SIR MURRAY,                                :        <u>ORDER</u>
                                    Defendant,  :
-------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS a status conference was held on September 13, 2022.   It is hereby

        **ORDERED** that Mr. Raoul Zaltzberg is relieved as counsel for Defendant and Mr. Sam Schmidt, CJA attorney on duty today, is appointed to represent Defendant.  It is further,

        **ORDERED** that Defendant's motion(s), if any, shall be filed by **October 28, 2022**. The Government's response shall be filed by **November 11, 2022**.  Defendant's reply shall be filed by **November 18, 2022**.  It is further

        **ORDERED** that the parties shall appear for a status conference on **December 6, 2022, at 10:30 a.m**.   It is further,

        **ORDERED** that the jury trial currently scheduled for November 7, 2022 and the deadlines for pretrial submissions are adjourned *sine die*.  It is further

        **ORDERED** that for the reasons stated on the record, the Court finds that the ends of justice served by excluding the time between today and December 6, 2022, outweigh the best interests of the public and the Defendants in a speedy trial as provided in 18 U.S.C. 3161(h)(7)(A).  The time between today and December 6, 2022, is hereby excluded.

Dated: September 13, 2022
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                 **UNITED STATES DISTRICT JUDGE**