**LAW OFFICE OF SAM A. SCHMIDT**
29 BROADWAY Suite 1412
NEW YORK, N.Y. 10006
(212) 346-4666
FACSIMILE (212) 346-4668
E-mail lawschmidt@aol.com

**Sam A. Schmidt, Esq.**
_____

October 26, 2022

Honorable Lorna G. Schofield, USDJ
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007
**By ECF**

Re: *U.S. v. Sir Murray*
22 Cr. 76 (LGS)

Application Granted.  Defendant's motion(s), if any, shall be filed by **November 18, 2022**. The Government's response shall be filed by **December 9, 2022**. Defendants reply shall be filed by **December 16, 2022**.  The Clerk of the Court is directed to terminate the letter motion at docket number 24.

Dated: October 31, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dear Judge Schofield:

    Motions related to this case are due October 28, 2022. Because of other responsibilities, I have not been able to complete the necessary review to determine whether any motions should be filed in this matter. The government has no objection.  Therefore, I respectfully request a three week continuance tp file my motions.

    Thank you for your Honor's consideration of this matter.

Sincerely yours,
/s/
Sam A. Schmidt
