UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                                                                22 Cr. 76 (LGS)
                 -against-

                                                                <u>ORDER</u>
    SIR MURRAY,
                            Defendant,
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS a status conference is currently scheduled for December 6, 2022, at 10:30 a.m.

       WHEREAS Defendant filed a Motion for Discovery Brady Material and a Bill of Particulars. (Dkt. No. 26) It is hereby

       **ORDERED** that the December 6, 2022, status conference is adjourned to **January 23, 2023, at 10:15 a.m.**

Dated: November 29, 2022
       New York, New York

                                                  **LORNA G. SCHOFIELD**
                                                  **UNITED STATES DISTRICT JUDGE**