UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                                                                            22 Cr. 76 (LGS)

                 -against-

                                                                            <u>ORDER</u>

    SIR MURRAY,

                                Defendant,
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       It is hereby **ORDERED** that the status conference currently scheduled for January 24, 2023, is adjourned to **February 21, 2023, at 10:30 a.m.**

Dated: January 23, 2023
        New York, New York

                                                                **LORNA G. SCHOFIELD**
                                                            **UNITED STATES DISTRICT JUDGE**