UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                -against-

SIR MURRAY,
                            Defendant,
------------------------------------------------------------X

22 Cr. 76 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS on February 6, 2023, Defendant filed a letter motion seeking his release pending trial. ("Bail Motion") (Dkt. No. 36)

    WHEREAS a status conference is currently scheduled for February 21, 2023, at 10:30 a.m.  It is hereby

    **ORDERED** that by **February 17, 2023**, the Government shall file a response to the Bail Motion.  It is further

    **ORDERED** that the Bail Motion is referred the magistrate judge on duty.  The parties shall promptly schedule a hearing.  It is further

    **ORDERED** that the status conference currently scheduled for February 21, 2023, is adjourned to **February 27, 2023, at 10:00 a.m**.

    The Clerk of the Court is directed to terminate the letter motion at docket number 36.

Dated: February 7, 2023
       New York, New York

                                                LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE