UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                         :

UNITED STATES OF AMERICA,        :

                                     :             22 Cr. 76 (LGS)

                 -against-           :

                                     :             ORDER

SIR MURRAY,                       :

                          Defendant,  :
----------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS on March 13, 2023, a Superseding Indictment was filed adding an additional

charge against Defendant Sir Murray.  (Dkt. No. 48).  It is hereby,

ORDERED that Defendant's arraignment on the superseding Information is referred to

the magistrate judge on duty.

Dated: March 17, 2023
       New York, New York

                                           LORNA G. SCHOFIELD
                                    UNITED STATES DISTRICT JUDGE