UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>SIR MURRAY,<br><br>                Defendant. | CASE NO.: 22 Cr. 76 (LGS)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Defendant Sir Murray's arraignment on the Superseding Information that was scheduled for today, Friday, March 24, 2023 at 11:30 am is ADJOURNED sine die.

Dated:    New York, New York
         March 24, 2023

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**