UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 22 Cr. 76 ((LGS) |
| Plaintiff, | ) | |
| - against - | ) | ORDER |
| SIR J. MURRAY, | ) | |
| Defendant. | ) | |

Upon the application of Gary Farrell, attorney for the above named defendant:

IT IS HEREBY ORDERED THAT, the defendant Sir Murray, Inmate # 85452-509, will be permitted to receive non-prison clothing at the MDC to wear for his trial scheduled to begin May 15, 2023. He is permitted to have up to two pairs of pants, three pairs of socks, three shirts, one tie, one belt, one pair of shoes and one sweater to wear to Court.

Dated: May 8, 2023

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE