UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

      -against-

SIR MURRAY,

           Defendant.
------------------------------------------------------------X

22 Cr. 76 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

 It is hereby **ORDERED** that Defendant Sir Murray sentencing hearing shall be held on **September 25, 2023**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  Defendant's pre-sentencing submission, if any, shall be filed on or before **September 5, 2023**.  The Government's pre-sentencing submission, if any, shall be filed by **September 12, 2023.**

Dated: May 17, 2023
   New York, New York

                _____
                **LORNA G. SCHOFIELD**
               **UNITED STATES DISTRICT JUDGE**