UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                                                22 Cr. 76 (LGS)
          -against-

                                                <u>ORDER</u>
   SIR MURRAY,
                             Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that the sentencing currently scheduled for October 24, 2023, is adjourned to **October 30, 2023, at 10:45 a.m.**

Dated: October 17, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**