UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                              -against-

    SIR MURRAY,
                              Defendant.
------------------------------------------------------------X

22 Cr. 76 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that the sentencing currently scheduled for November 28, 2023, at 3:45 p.m., is adjourned to **November 28, 2023, at 2:30 p.m.**

Dated: November 27, 2023
         New York, New York

                                              LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE